IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

     Plaintiff,                             Case No. 1:16-cr-3486-JMC-2

v.

ANNABEL DEBARI,

     Defendant.

## <u>ORDER CONFIRMING THE PRONOUNCED ORDER OF THE COURT GRANTING MOTION TO WITHDRAW</u>

On May 15, 2019, Jerry Daniel Herrera, counsel for Defendant Annabel Debari, filed a motion to withdraw. On June 4, 2019, the parties appeared before the Court for a motion hearing. In the motion, Mr. Herrera states that he has completed his representation of Defendant in this matter. The government takes no position with regard to this motion. Defendant stated that she understood and consented to her counsel's withdrawal.

For good cause shown, the Court GRANTS Jerry Daniel Herrera's motion to withdraw as counsel for Defendant Annabel Debari

IT IS SO ORDERED.

Entered for the Court
this the 4th day of June, 2019

/s/ Joel M. Carson III
Joel M. Carson III
United States Circuit Judge
Sitting by Designation