IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANNABEL DEBARI,

    Defendant.

Case No. 1:16-cr-3486-JMC-2

**<u>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE FINAL REVOCATION OF PROBATION HEARING AND CONTINUING GENERALLY THE FINAL REVOCATION OF PROBATION HEARING</u>**

On September 12, 2019, Defendant Annabel Debari filed a motion to continue the final revocation of probation hearing scheduled for September 16, 2019. Defendant has new counsel and her counsel requests additional time to prepare for the hearing. In her motion, she represents that the government does not oppose the continuance.

For good cause shown, the Court GRANTS Defendant's motion to continue the final revocation of probation hearing and CONTINUES GENERALLY the revocation of probation hearing.

IT IS SO ORDERED.

Entered for the Court
this the 12th day of September, 2019

/s/ Joel M. Carson III
Joel M. Carson III
United States Circuit Judge
Sitting by Designation